5683-0008 JJ

JUN 3 0 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CLARENCE GILREATH and EDITH GILREATH,

                        Plaintiffs,

    -against-

SALVATORE MANCUSO, Detective, The Incorporated
Village of Hempstead, THOMAS SALERNO, Detective,
The Incorporated Village of Hempstead, JAMES RUSSO,
The Chief of Police, The Incorporated Village of Hempstead,
THE INCORPORATED VILLAGE OF HEMPSTEAD,

                        Defendants.
---------------------------------------------------------X

Index No.:
CV-02-6307 (SLT) (JO)

STIPULATION OF
DISCONTINUANCE

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the claim, the above entitled claim be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other; and it is

      **FURTHER STIPULATED AND AGREED,** by and between the undersigned attorneys of record of the above-captioned matter, that as part of the consideration for the making of the settlement agreement, Defendant, INCORPORATED VILLAGE OF HEMPSTEAD, hereby agrees to make payment of Twenty Five Thousand Dollars ($25,000.00) as and for the Plaintiffs' attorneys fees.

DATED:    Mineola, New York
               June 28, 2005

| BEE READY FISHBEIN HATTER & DONOVAN, LLP | ROSE M. WEBER, ESQ. |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Joshua M. Jemal | Rose M. Weber (RW 0515) |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |
| 170 Old Country Road, Suite 200 | 225 Broadway, Suite 1608 |
| Mineola, New York 11501 | New York, New York 10007 |
| (516) 746-5599 | (212) 748-3355 |
| **File No.: 5683-0008** | |